RUSSELL, Respondent, v. STUHMILLER, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 23, 1900.) Action by Joel W. Russell, as assignee, etc.,

against William H. Stuhmiller. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the court of appeals denied, without costs. See 51 N. Y. Supp. 1149.